WR-77,157-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 10:09:43 AM
Accepted 7/27/2015 10:33:07 AM
ABEL ACOSTA
CLERK

### IN THE COURT OF CRIMINAL APPEALS OF TEXAS
### IN AUSTIN, TEXAS

|  |  |  |
|---|---|---|
| | ) | RECEIVED |
| | ) | COURT OF CRIMINAL APPEALS |
| | ) | 7/27/2015 |
| **EX PARTE DANIEL LEE** | ) | ABEL ACOSTA, CLERK |
| **LOPEZ,** | ) | **CAUSE NO. WR-77,157-01** |
| | ) | |
| **APPLICANT** | ) | |
| | ) | |

## MOTION FOR STAY OF EXECUTION

**Mr. Lopez is scheduled to be executed on Wednesday, August 12, 2015, after 6 o'clock p.m.**

James Gregory Rytting
Texas Bar No. 24002883
Hidler & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006-3905
Tel. (713) 655-9111
Fax (713) 655-9112
Email james@hilderlaw.com

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email ddow@central.uh.edu

*Counsel to Daniel Lee Lopez*

1

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**
**IN AUSTIN, TEXAS**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| **EX PARTE DANIEL LEE** | ) | |
| **LOPEZ,** | ) **CAUSE NO. WR-77,157-01** | |
| | ) | |
| **APPLICANT** | ) | |
| | ) | |

_____

**MOTION FOR STAY OF EXECUTION**
_____

**TO THE HONORABLE JUDGES OF THIS COURT:**

Daniel Lee Lopez, through undersigned counsel, respectfully moves this Court to order a stay of execution to permit resolution of the constitutional claim presented in his case. In support of this application for stay of execution, Mr. Lopez would show the following:

Mr. Lopez is scheduled to be executed on August 12, 2015, pursuant to his conviction and sentence of death entered in the 117th Judicial District Court of Nueces County, Texas. In a separately filed pleading, Counsel have asked that this Court reconsider its order accepting Lopez's decision to waive state habeas review of his conviction and sentence because the process by which he was allowed to waive did not comport with the dictates of Due Process. Moreover, there is sufficient evidence that Lopez is actually

2

innocent of capital murder and his execution would therefore be in violation of the Eighth Amendment's protection against cruel and unusual punishment. Counsel request this Court stay Mr. Lopez's execution so that these issues may be addressed. In the absence of a stay, Mr. Lopez will suffer irreparable injury because he will be executed.

**PRAYER FOR RELIEF**

Accordingly, Counsel respectfully request that this Court stay Lopez's execution scheduled for August 12, 2015, and grant any other relief that law or justice may require.

Respectfully submitted,

s/ James Gregory Rytting

_____
James Gregory Rytting
Texas Bar No. 24002883
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006-3905
Tel. (713) 655-9111
Fax (713) 655-9112
Email james@hilderlaw.com

s/David R. Dow[1]

_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email ddow@central.uh.edu

*Counsel to Daniel Lee Lopez*

---

[1] Contemporaneously with this pleading, Counsel is filing a motion for leave to appear in this case pursuant to the Court's January 14, 2015 order.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via email to Nueces County District Attorney Mark Skurka at nueces.districtattorney@nuecesco.com on July 27, 2015.

/s/ David R. Dow

_____

David R. Dow